| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CSBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234<br>Email: jeffrey.finigan@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00283 JSW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| RONDALE MANUEL ASOPARDO, et al., | ) | |
| Defendants. | ) | |

The above-captioned matter came before the Court on June 23, 2005, for further status. The defendants were represented by the respective undersigned counsel, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for August 18, 2005, at 2:30 p.m. for further status and/or trial/motions setting.

The Court made a finding on the record that the time from and including June 23 through August 18, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 05-00283 JSW

interest of the public and the defendants in a speedy trial. That finding was based on the need for the defendants to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until ~~June 23~~ August 18, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 6/27/05

LIDIA STIGLICH
Counsel for Arthur Chester Orogo Balmes

DATED: 6/23/05

GAIL SHIFFMAN for GS
Counsel for Leonardo Ugalde Briosos

DATED: 6/23/05

GEOFFREY HANSEN
Counsel for Rodolfo Ugalde Briosos

DATED: 6/23/05

RODEL E. RODIS
Counsel for Francis Arnel Ronas Maroto

DATED: 6/23/05

FRANK MCCABE
Counsel for Rafael Martinez

**STIPULATION AND** ~~[PROPOSED]~~
**ORDER EXCLUDING TIME**
**CR 05-00283 JSW**                                  2

| | |
|---|---|
| DATED: 6/23/05 | *signature*<br>E. MICHAEL LINSCHEID<br>Counsel for Douglas Quintana Meehleib |
| DATED: 6/23/05 | *signature*<br>EDWARD W. SWANSON<br>Counsel for Gabriel Jose Navarrette |
| DATED: | *signature*<br>KENNETH M. QUIGLEY<br>Counsel for Jesus Jose Navarro |
| DATED: 6/23/05 | *signature*<br>SUSAN RAFFANTI<br>Counsel for Arnel Tabangcura Salaver |
| DATED: 6/23/05 | *signature*<br>HAROLD ROSENTHAL<br>Counsel for Fetongi Mamahi Sanft |
| DATED: 6/23/05 | *signature*<br>SHANA KEATING<br>Counsel for Vaea Tangitau Sanft |
| DATED: 6/23/05 | *signature*<br>ERIC QUANDT<br>Counsel for Sosaia Toviko Tauelangi |
| DATED: 6/23/05 | *signature*<br>BRIAN BERSON<br>Counsel for Segundo Bendo Tiongco, Jr. |
| DATED: June 23, 2005 | *signature*<br>CLAIRE LEARY<br>Counsel for Agosto Ayson Biagon |

**STIPULATION AND [~~PROPOSED~~]**
**ORDER EXCLUDING TIME**
**CR 05-00283 JSW**                                         3

1
2  DATED: _____    _____
                                    JULIANA DROUS
3                                   Counsel for Elgin Blancaflor Sarique
4
5  DATED: 6/23/05                   _____
                                    JEFFREY FINIGAN
6                                   Assistant U.S. Attorney
7
8  So ordered.
9
   DATED: June 28, 2005             /s/ Jeffrey S. White
10                                  _____
                                    JEFFREY S. WHITE
11                                  UNITED STATES DISTRICT COURT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00283 JSW**                 4