# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: CR 05-0283-02 JSW** |
| ) | |
| **ARTHUR CHESTER OROGO BALMES** ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 2, 2006, _____ be continued until _____ April 20, 2006 _____ at _____ 2:30 p.m. _____ .

Date: FEB 2 4 2006

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04